Town of Jennings, a Municipal Corporation, Plaintiff in Error, v. The J. B. McCrary Company, organized and existing under the laws of the State of Georgia, Defendant in Error.

Filed May 24, 1916.

Writ of Error to Circuit Court, Hamilton County; M. F. Horne, Judge.

Judgment affirmed.

*C. A. Stephens*, for Plaintiff in Error;

*S. S. Sanford*, for Defendant in Error.